**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 98-7831**

————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

BOBBY LYNN COOPER,

                              Defendant - Appellant.

————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-90-49, CA-98-713-R)

————————

Submitted:  February 25, 1999        Decided:  March 10, 1999

————————

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Bobby Lynn Cooper, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bobby Lynn Cooper seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Cooper, Nos. CR-90-49; CA-98-713-R (W.D. Va. Nov. 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2